WILLIE MYERS *v.* COMMISSIONER OF CORRECTION

The petitioner Willie Myers' petition for certification for appeal from the Appellate Court, 68 Conn. App. 31 (AC 20603), is denied.

*Darcy McGraw*, special public defender, in support of the petition.

*Joy K. Fausey*, deputy assistant state's attorney, in opposition.

Decided March 28, 2002